In the Matter of the Application of J. EDWARD SIMMONS et al., Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York, Respondents.

CYRUS P. JONES et al., Appellants.

In the Matter of the Application of J. EDWARD SIMMONS et al., Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York, Respondents.

SAUL BERNSTEIN et al., Appellants.

*Matter of Simmons,* 134 App. Div. 927, affirmed.
(Argued April 28, 1910; decided May 17, 1910.)

APPEAL in each of the above entitled proceedings from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 9, 1909, which reversed an order of Special Term in so far as it granted costs to owners of property condemned.

*Woodson R. Oglesby* for appellants.

*Archibald R. Watson, Corporation Counsel (Theodore Connoly* of counsel), for respondents.

Orders affirmed, without costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.